PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GERALD WILLIAM HUDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00589-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is October 11, 2017. The new due date will be November 27, 2017.

There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing her full workload including several district court cases and one Equal Employment Opportunity Commission matter involving discovery, depositions, and travel. Moreover, in October, Defendant's counsel was

1

assigned additional unanticipated matters that involved hearing and witness preparation. Despite counsel's diligence in responding to the new matters and her remaining workload, counsel was set back in addressing a number of her cases, including this one, and other cases that have been extended. Furthermore, Defendant's counsel will be traveling for work, attending two hearings, and conducting additional depositions in the remainder of October and November. She will also be addressing other district court cases that have already been extended, previous to this one, due to her schedule.

Therefore, Defendant is respectfully requesting additional time up to and including November 27, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: October 11, 2017        LAW OFFICES OF STUART T. BARASCH

*s/ Oscar Gomez for Stuart T. Barasch by C.Chen\**
(As authorized by phone on 10/11/2017)
STUART T. BARASCH
Attorneys for Plaintiff

Date: October 11, 2017        PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

/ / /

/ / /

/ / /

ORDER

APPROVED AND SO ORDERED:

Dated: October 12, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE