# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WILLIAM HUDSON, | No. 2:17-CV-0589-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On January 17, 2018, the court directed plaintiff to show cause in writing why this action should not be dismissed for plaintiff's failure to inform the court regarding consent to proceed before a Magistrate Judge. A review of the docket reflects that plaintiff has now filed his consent election form. Accordingly, the order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: January 26, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1